UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-337-F

| | | |
|---|---|---|
| LAURENCE ALVIN BULLOCK, III,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | <u>O R D E R</u> |
| CHARLES VANCE, M.D.; JIM GROCE,<br>M.D.; DAVID BARTHOLEMEW, M.D.;<br>PETER N. BARBORIAK, M.D.; MARK<br>HAZELRIGG, PhD.; DIANA MARTIN<br>POMPER; and ANGELA GRAY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | |

For the reasons stated in the Memorandum [DE-31] filed in support thereof, the Motion to Dismiss [DE-30] by defendants Vance, Groce, Bartholemew and Barboriak is ALLOWED. For the reasons stated therein, the First Motion to Dismiss [DE-36] by defendant Hazelrigg also is ALLOWED. In light of the dismissal of this action in its entirety, the defendants' Motion to Stay and for Protective Order [DE-47] is DENIED as moot.

    The Clerk of Court is DIRECTED to close this case.

    SO ORDERED.

    This 12th day of February, 2009.

                              */s/ James C. Fox*
                              JAMES C. FOX
                              Senior United States District Judge