AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAURENCE ALVIN BULLOCK, III,       )<br>    Plaintiff,       )<br>       )<br>v.       )<br>_____       )<br>CHARLES VANCE, M.D.; JIM GROCE, M.D.,       )<br>DAVID BARTHOLEMEW, M.D., PETER N.       )<br>BARBORIAK, M.D.; MARK HAZELRIGG, PhD;       )<br>DIANA MARTIN POMPER; and ANGELA GRAY,       )<br>    Defendants.       ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:08-CV-337-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that pursuant to the court's order dated October 21, 2008, defendants Angela Gray and Diana Martin Pomper were dismissed.

  FURTHER, the motion to dismiss by defendants Vance, Groce, Bartholemew and Barboriak is ALLOWED. The first motion to dismiss by defendant Hazelrigg is also ALLOWED. In light of the dismissal of this action in its entirety, the defendants' motion to stay and for protective order is DENIED as moot. The clerk of Court is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 13, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Laurence Alvin Bullock, III<br>820 South Boylan Avenue<br>Raleigh, NC 27603 | Elizabeth Pharr McCullough<br>P.O. Box 31627<br>Raleigh, NC 27622 |
| Janette S. Nelson<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | |

| | |
|---|---|
| February 13, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |